Present — Willaims, P. J., Bastow, Goldman, Halpern and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY NELSON LINK, Also Known as HENRY LINK, Appellant.—

Present — Willaims, P. J., Bastow, Goldman, Halpern and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD KOUJOURIAN, Appellant.—

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.